**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 9:11-bk-11328-PC |
| | ) Chapter 7 |
| Kenneth Harper, | ) |
| | ) **APPLICATION FOR FINAL** |
| Debtor. | ) **COMPENSATION TO BEALL &** |
| | ) **BURKHARDT, APC ATTORNEYS FOR** |
| | ) **TRUSTEE** |

Hearing to be Set

Beall & Burkhardt, APC respectfully submits an Application for Final Compensation as follows:

## I

## BACKGROUND

This case was commenced by the filing of a Voluntary Petition for relief under Chapter 7 on or about March 22, 2011. The case was originally closed as a no-asset case, but was reopened after the Trustee was made aware of a non-scheduled asset. On October 10, 2012, this court entered its Order employing Beall & Burkhardt as attorneys for the debtor, and on February 7, 2014, the Court entered its Order converting the employment to Beall & Burkhardt's successor, Beall & Burkhardt, APC.

No interim fees and costs have been approved or paid.

Applicant is in possession of no pre-petition retainer .

1

## II

## REPRESENTATION AND SERVICES

The case was reopened in order to administer an asset, a claim the Debtor had against his ex-wife concerning a half interest in a laundromat.  Getting to liquidation of the laundromat was a tortuous affair, with it being necessary to sue the ex-wife, file a motion for summary judgment, negotiate a settlement, market the business opportunity, and, in the end, sell the opportunity to the ex-wife.

Numerous discovery motions, motions to hold the ex-wife in contempt, and the like were necessary.  All litigation services were performed by applicant.

Of course, the claims also needed to be analyzed, and objections needed to be filed and prosecuted.

## III

## SUMMARY

This was not an easy case, as the Court will be well aware, having presided over the latter stages of the litigation.  In the end, though, a result was obtained to allow a substantial dividend to unsecured creditors.

## IV

## COMPENSATION

Attached hereto as Exhibit A is a time record maintained during the course of these proceedings by Beall & Burkhardt, APC.  The total number of hours expended from September, 2012 through the present was:

- 32.2 hours for William C. Beall at $425.00 per hour;
- 63.3 hours for William C. Beall at $475.00 per hour; and

1      •   9.9 hours for Carissa N. Horowitz at $250 per hour.

2

3      Based upon the results achieved, hours expended, and the nature of the services rendered, Beall &

4 Burkhardt, APC requests that it be awarded a fee of $46,412.50, as well as reimbursement for costs of

5 $788.77. The total compensation requested by Beall & Burkhardt, APC is $47,201.27.

6      William C. Beall was a graduate of Yale Law School in 1980 and was admitted to practice before

7 the Supreme Court of the State of California in 1981. After two years in a clerkship before the Honorable

8 Leland C. Nielson in the Southern District of California, in which William C. Beall acquired certain

9 familiarity with bankruptcy matters, he entered into the private practice of law at Michaelson, Susi

10 & Michaelson. In January, 1988, William C. Beall entered into the sole practice of law. In January, 1993,

11 William C. Beall and Eric W. Burkhardt formed the partnership of Beall & Burkhardt. From December,

12 1982 through the present William C. Beall has practiced exclusively in the area of bankruptcy and other

13 related debtor/creditor problems. William C. Beall's normal hourly rate charged to clients who paid on a

14 monthly basis was $395.00 per hour from January 1, 2009 to December 31, 2010, $425.00 per hour from

15 January 1, 2011 to December 31, 2015, and $475.00 per hour from January 1, 2016 to present.

16      Eric W. Burkhardt was a "Cum Laude" graduate of Pepperdine University Law School in 1987 and

17 was admitted to practice before the Supreme Court of the State of California in the same year. He first

18 entered into private practice with the law firm of Seed, Mackall, Nida & Cole in 1987. In 1989, he joined

19 the law firm of Archbald & Spray. In January, 1993, Eric W. Burkhardt and William C. Beall established

20 the partnership of Beall & Burkhardt. From 1990 through the present, a substantial portion of Eric W.

21 Burkhardt's practice has been in the area of bankruptcy, other related debtor/creditor problems, and real

22 estate workouts. The vast majority of the other portion of Mr. Burkhardt's practice is in the area of real

23 estate transactional matters including purchase and sale agreements, leases, and financing. Eric W.

24 Burkhardt's normal hourly rate charged to clients who paid on a monthly basis was $375.00 per hour from

25 January 1, 2009 to December 31, 2010, and $400.00 per hour from January 1, 2011 to present.

26      Carissa N. Horowitz was a graduate of Whittier Law School in 2010 and was admitted to practice

27 before the Supreme Court of California and before the District Court for the Central District of California

28 in 2010. From January, 2010 until December, 2010 Carissa N. Horowitz worked with the United States

Bankruptcy Court for the Central District of California, acquiring certain familiarity with bankruptcy matters. Carissa N. Horowitz joined Beall & Burkhardt in January 2011, and since that time has practiced largely in the debtor/creditor area. Carissa N. Horowitz's normal hourly rate charged to clients who paid on a monthly basis was $250.00 per hour from January 2011 to December 31, 2015, and $300.00 per hour from January 1, 2016 to present.

In-house copies are billed at the rate of twenty-five cents per page. Outside copies are billed at actual cost. A summary of the expenses is as follows:

| Expense | Total Cost |
| --- | --- |
| Copies | $286.00 |
| Postage and UPS/FedEx | $59.27 |
| Certified Copies | $12.50 |
| Westlaw | $243.70 |
| Filing fees | $181.00 |
| PACER | $6.30 |
| **Total** | **$788.77** |

## CONCLUSION

WHEREFORE, Beall & Burkhardt, APC prays for an order of this court as follows:

1)      Approving the notice of this application to creditors;

2)      Approving compensation in the sum of $47,201.27 from the debtor to Beall & Burkhardt, APC on account of its fees and costs incurred from September, 2012 through the present; and

3)      For all other appropriate orders.

Respectfully Submitted,

Dated: _May 19_, 2017

BEALL & BURKHARDT, APC

By: _William C. Beall_

William C. Beall, Attorneys for Sandra McBeth, Trustee

## DECLARATION OF WILLIAM C. BEALL

I, William C. Beall, declare and state as follows:

1.      I am an attorney at law licensed in the State of California, duly admitted to practice in the Central District of California and in the above-entitled court and am a partner of the law firm of Beall & Burkhardt. I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines of the United States Trustee relating to billing. I have personal knowledge of the facts set forth herein, and if called upon do to so, could and would competently testify to those facts.

2.      The Fee Application submitted by Beall & Burkhardt for the time period from September, 2012 through the prese, complies with the United States Trustee Guidelines A and B except to the extent set forth.

3.      Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct copy of our billings for the period from September, 2012 through the prese. Each of the elements of the time set forth herein are accurate records of time actually spent by me, by my partner, Eric Burkhardt, or of an associate or paralegal under our supervision. Each of the items of expense are of expenses actually incurred by the law firm of Beall & Burkhardt, APC on behalf of the debtor.

4.      Beall & Burkhardt presently has in its possession in its trust account no retainer with regard to this case.

5.      Attached hereto as Exhibit B and incorporated herein by this reference is a letter executed by the trustee indicating the trustee's acquiescence in this fee request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19 , 2017

William C. Beall

1114 State Street
Suite 200
Santa Barbara, CA 93101

May 18, 2017

*Invoice submitted to:*

Sandra McBeth, trustee

In Reference To: Kenneth Harper, debtor
Invoice #21407

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2012 | WB | Prepare application to employ and supporting documents | 0.70<br>425.00/hr | 297.50 |
| 9/19/2012 | WB | Letter to Zaehringer and Green re new representation | 0.30<br>425.00/hr | 127.50 |
| 9/24/2012 | WB | Telephone conference with Martin Zaehringer re continuing payments | 0.20<br>425.00/hr | 85.00 |
| 10/3/2012 | WB | Revise objection to exemption; e-mail to Sandra McBeth re same | 0.40<br>425.00/hr | 170.00 |
| | WB | Letter from Green re payments; e-mail to Sandra McBeth re same | 0.40<br>425.00/hr | 170.00 |
| 10/4/2012 | WB | Telephone conference with Lindsay Green re next steps | 0.20<br>425.00/hr | 85.00 |
| | WB | E-mail to Sandra McBeth re bar date | 0.10<br>425.00/hr | 42.50 |
| 10/5/2012 | WB | Telephone conference with Sandra McBeth re case status | 0.20<br>425.00/hr | 85.00 |
| 10/29/2012 | WB | Telephone conference with Sandra McBeth re Exemption issue-plan Reply brief | 0.20<br>425.00/hr | 85.00 |
| | WB | Review and analyze opposition to objection to exemption | 0.40<br>425.00/hr | 170.00 |
| 11/1/2012 | CH | Research and Draft of Reply to Debtor's Opposition | 1.20<br>250.00/hr | 300.00 |

(805) 966-6774

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2012 | CH | Rewrite of Draft to Reply to Debtor's Opposition | 0.80 250.00/hr | 200.00 |
| 11/5/2012 | WCB | Revise opposition to motion objecting to exemption | 0.40 425.00/hr | 170.00 |
| 11/6/2012 | CH | Finalization of Reply to Opposition re Claimed Exemption and Request for Judicial Notice in Support thereof | 0.70 250.00/hr | 175.00 |
| 11/15/2012 | CH | Email to L. Green regarding a stipulation to continue the date of the evidentiary hearing | 0.20 250.00/hr | 50.00 |
| 11/26/2012 | WCB | Telephone conference with Zaehringer re payments | 0.20 425.00/hr | 85.00 |
| | WCB | Revise stipulation to continue | 0.30 425.00/hr | 127.50 |
| | CH | Draft of Stipulation to Continue Hearing Date and Order and email to L. Green | 0.90 250.00/hr | 225.00 |
| 11/28/2012 | CH | Finalization of Stipulation and Order | 0.20 250.00/hr | 50.00 |
| 1/5/2013 | WCB | Letter to Maria Murphy re proof of claim | 0.30 425.00/hr | 127.50 |
| 1/11/2013 | CH | Conference with W. Beall and telephone conference with L. Green regarding proofs of claims filed and settlement of case | 0.70 250.00/hr | 175.00 |
| 1/18/2013 | CH | Email to Ms. Harper's attorney regarding selling of laundromat. | 0.10 250.00/hr | 25.00 |
| 1/24/2013 | WCB | Office conference with Carissa Horowitz re possible sale of laundromat | 0.40 425.00/hr | 170.00 |
| 1/30/2013 | WCB | Prepare comments re claim objection (Claim #7) | 0.50 425.00/hr | 212.50 |
| | WCB | Letter to Sandra McBeth re payment | 0.10 425.00/hr | 42.50 |
| 2/19/2013 | CH | Email and telephone conference with S. McBeth regarding settlement of matter; email and telephone conference with L. Green to settle the matter | 0.80 250.00/hr | 200.00 |
| 2/26/2013 | WCB | Revise Order re exemption | 0.20 425.00/hr | 85.00 |
| 3/1/2013 | WCB | E-mail to Zaeringer and Green re possible solutions to case | 0.30 425.00/hr | 127.50 |

Sandra McBeth, trustee

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2013 | WCB | E-mail exchange re proposed sale | 0.20<br>425.00/hr | 85.00 |
| 3/5/2013 | WB | Letter to Sandra McBeth re payment | 0.10<br>425.00/hr | 42.50 |
| 5/8/2013 | WCB | Telephone conference with Sandra McBeth re sale of laundromat | 0.20<br>425.00/hr | 85.00 |
| 5/9/2013 | WCB | E-mail to Green and Zaehringer re sale of laundromat | 0.20<br>425.00/hr | 85.00 |
| 5/14/2013 | WCB | Telephone conference with Sandra McBeth re laundromat sale | 0.20<br>425.00/hr | 85.00 |
| 5/15/2013 | WCB | E-mail to Martin Zaehringer re sale of business | 0.20<br>425.00/hr | 85.00 |
| 5/24/2013 | WCB | Prepare motion to sell interest of co-owner | 0.80<br>425.00/hr | 340.00 |
| 6/18/2013 | WCB | Telephone conference with Sandra McBeth re laundromat | 0.10<br>425.00/hr | 42.50 |
| 10/30/2013 | WB | E-mail to Andy Adler re Sudz | 0.30<br>425.00/hr | 127.50 |
| 12/3/2013 | WCB | E-mail to Sandra McBeth re case status | 0.10<br>425.00/hr | 42.50 |
| 5/20/2014 | WCB | Revise pleading and e-mail exchange | 0.20<br>425.00/hr | 85.00 |
| | WCB | Telephone conference with Sandra McBeth re potential offer | 0.20<br>425.00/hr | 85.00 |
| 12/16/2014 | WCB | Legal research; e-mail to Trustee re same | 0.50<br>425.00/hr | 212.50 |
| 3/23/2015 | CH | Email to Ms. Harper's attorney re payment | 0.10<br>250.00/hr | 25.00 |
| 3/31/2015 | CH | Letter with Payment; e-mail exchange attorney of Ms. Harper re monthly payments | 0.20<br>250.00/hr | 50.00 |
| 5/4/2015 | WCB | Telephone conference with Sandra McBeth and Carissa Horowitz | 0.40<br>425.00/hr | 170.00 |
| 5/7/2015 | WCB | Review and analyze amendments to complaint; office conference with Carissa Horowitz re same | 0.50<br>425.00/hr | 212.50 |

Sandra McBeth, trustee                                                                                    Page        4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2015 | CH | Draft Ms. Harper Complaint | 1.20<br>250.00/hr | 300.00 |
| 5/11/2015 | CH | Office conference with W. Beall | 0.40<br>250.00/hr | 100.00 |
| 5/12/2015 | WCB | Revise complaint; office conference with Carissa Horowitz re same;<br>e-mail to Sandra McBeth re same | 1.40<br>425.00/hr | 595.00 |
| 5/15/2015 | WCB | Revise complaint and e-mail exchange re same | 0.80<br>425.00/hr | 340.00 |
| 5/18/2015 | WCB | E-mail exchange with Lindsay Green | 0.20<br>425.00/hr | 85.00 |
| 6/3/2015 | WCB | Telephone conference with Sandra McBeth re sale offer | 0.30<br>425.00/hr | 127.50 |
| 6/4/2015 | WCB | E-mail to Lindsay Green re sale process | 0.30<br>425.00/hr | 127.50 |
| 6/5/2015 | WCB | E-mail exchange with Lindsay Green | 0.30<br>425.00/hr | 127.50 |
| 6/17/2015 | WCB | Legal research (answer) | 0.30<br>425.00/hr | 127.50 |
| 6/18/2015 | WCB | E-mail exchange with Sandra McBeth re Rule 26 | 0.30<br>425.00/hr | 127.50 |
| 6/22/2015 | WCB | Assemble Rule 26 disclosures and e-mail to Martin Zaehringer re<br>same | 0.80<br>425.00/hr | 340.00 |
| 6/23/2015 | WCB | Review and analyze Court's Order re Rule 26 | 0.30<br>425.00/hr | 127.50 |
| 6/25/2015 | WCB | Prepare status report | 0.50<br>425.00/hr | 212.50 |
| 7/2/2015 | WCB | Revise status report and e-mail to Zaehringer re same | 0.40<br>425.00/hr | 170.00 |
| 7/22/2015 | WCB | Legal research re pleadings oriented motions | 0.50<br>425.00/hr | 212.50 |
| | WCB | Telephone conference with Martin Zaehringer | 0.30<br>425.00/hr | 127.50 |
| | WCB | E-mail to Zaehringer (status report) | 0.10<br>425.00/hr | 42.50 |

Sandra McBeth, trustee

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2015 | WCB | E-mail exchange re disclosures and valuation | 0.40<br>425.00/hr | 170.00 |
| 7/29/2015 | WCB | Telephone conference with Zaehringer re status conference | 0.20<br>425.00/hr | 85.00 |
| 7/30/2015 | WCB | Court appearance regarding status conference | 2.70<br>425.00/hr | 1,147.50 |
| 7/31/2015 | CH | Check letter | 0.10<br>250.00/hr | 25.00 |
| 8/10/2015 | WCB | E-mail exchange re value of laundromat | 0.40<br>425.00/hr | 170.00 |
| 8/28/2015 | WCB | Prepare Demand for Production of Documents | 0.80<br>425.00/hr | 340.00 |
| 8/31/2015 | CH | Telephone conference with Maria Murphy | 0.30<br>250.00/hr | 75.00 |
| 9/2/2015 | CH | Telephone conference with Maria Murphy | 0.20<br>250.00/hr | 50.00 |
| 9/28/2015 | CH | Letter to Trustee re monthly payment | 0.10<br>250.00/hr | 25.00 |
| 11/2/2015 | WB | Review and analyze documents from Zaehringer | 0.40<br>425.00/hr | 170.00 |
| 11/11/2015 | WB | E-mail to Green re lease | 0.20<br>425.00/hr | 85.00 |
| 11/27/2015 | WB | Review and analyze bank statements and e-mail to Sandra McBeth re same | 0.80<br>425.00/hr | 340.00 |
| 12/8/2015 | WB | Find Richard Laski; telephone conference with Laski re Sudz lease | 0.50<br>425.00/hr | 212.50 |
| | WB | Review and analyze Sudz lease and e-mail to Sandra McBeth and Darrow Fiedler re same | 0.80<br>425.00/hr | 340.00 |
| | WB | E-mail exchange re lease | 0.20<br>425.00/hr | 85.00 |
| 1/12/2016 | WCB | E-mail to martin Zaehringer re continued hearing | 0.10<br>475.00/hr | 47.50 |
| 2/2/2016 | WCB | Prepare Status report and e-mail to Zaehringer re same | 0.60<br>475.00/hr | 285.00 |

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2016 | WCB | Revise status report | 0.20<br>475.00/hr | 95.00 |
| 2/10/2016 | WCB | Review and analyze documents from Anabella Harper | 0.50<br>475.00/hr | 237.50 |
| | WCB | Telephone conference with Sandra McBeth re production | 0.40<br>475.00/hr | 190.00 |
| 2/11/2016 | WCB | Court appearance regarding motion to compel and status conference | 1.50<br>475.00/hr | 712.50 |
| 2/12/2016 | WCB | Prepare Order and Notice of Lodgment | 0.50<br>475.00/hr | 237.50 |
| 2/15/2016 | WCB | E-mail to Sandra McBeth re sanctions order | 0.20<br>475.00/hr | 95.00 |
| | WCB | E-mail to Lindsey Green re MSJ | 0.20<br>475.00/hr | 95.00 |
| 2/25/2016 | WCB | Legal research re summary judgment motion | 0.70<br>475.00/hr | 332.50 |
| | WCB | Telephone conference with Sandra McBeth-litigation strategy | 0.30<br>475.00/hr | 142.50 |
| | WCB | E-mail to Martin Zaehringer (settlement offer) | 0.30<br>475.00/hr | 142.50 |
| 3/2/2016 | WCB | Plan Motion for Summary Judgment | 0.50<br>475.00/hr | 237.50 |
| 3/3/2016 | WCB | Prepare Summary Judgment motion | 1.00<br>475.00/hr | 475.00 |
| | WCB | Prepare Motion for Summary Judgment | 1.00<br>475.00/hr | 475.00 |
| 3/10/2016 | WCB | Prepare Motion for Summary Judgment | 2.00<br>475.00/hr | 950.00 |
| 3/12/2016 | WCB | Prepare declaration of Sandra McBeth | 0.50<br>475.00/hr | 237.50 |
| 3/14/2016 | WCB | Legal research re motion for summary judgment | 1.00<br>475.00/hr | 475.00 |
| 3/15/2016 | WCB | Prepare Motion for Summary Judgment and e-mail to Sandra McBeth re same | 1.70<br>475.00/hr | 807.50 |

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2016 | WCB | Revise documents regarding motion for Summary Judgment | 0.40 475.00/hr | 190.00 |
| 3/19/2016 | WCB | Review and analyze summary judgment documents and e-mail exchange re same | 0.60 475.00/hr | 285.00 |
| 3/23/2016 | WCB | Finalize and assemble summary judgment motion | 0.80 475.00/hr | 380.00 |
| 3/30/2016 | CH | Letter re payment | 0.20 250.00/hr | 50.00 |
| 5/12/2016 | WCB | Court appearance regarding motion for summary judgment | 1.20 475.00/hr | 570.00 |
| 5/18/2016 | WCB | Telephone conference with Sandra McBeth | 0.20 475.00/hr | 95.00 |
| 5/19/2016 | WCB | Revise Stipulation and e-mail to Zaehringer | 0.50 475.00/hr | 237.50 |
| 7/26/2016 | WCB | Prepare status report re MSJ | 0.50 475.00/hr | 237.50 |
| 8/3/2016 | WCB | E-mail exchange | 0.30 475.00/hr | 142.50 |
| 8/20/2016 | WCB | Review and analyze Judgment | 0.30 475.00/hr | 142.50 |
| 8/22/2016 | WCB | Telephone conference with Sandra McBeth re sale of laundromat | 0.20 475.00/hr | 95.00 |
| 8/25/2016 | WCB | Telephone conference with Sandra McBeth re Sudz | 0.20 475.00/hr | 95.00 |
| 9/12/2016 | WCB | Telephone conference with Sandra McBeth re offers | 0.40 475.00/hr | 190.00 |
| | WCB | E-mail to Matin Zaehringer; begging for response | 0.10 475.00/hr | 47.50 |
| 9/15/2016 | WCB | Telephone conference with Sandra McBeth (.3); telephone conference with Darrow Fiedler (.3) re laundromat sale and possible break-up fee | 0.60 475.00/hr | 285.00 |
| 9/21/2016 | WCB | E-mail to Lindsey Green (.2); review and analyze escrow instructions, etc (.3) | 0.50 475.00/hr | 237.50 |
| 9/26/2016 | WCB | E-mail exchange re due diligence | 0.30 475.00/hr | 142.50 |

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2016 | WCB | Telephone conference with Sandra McBeth re sale of Sudz | 0.20 475.00/hr | 95.00 |
| 9/27/2016 | WCB | E-mail to Lindsay Green re laundromat sale | 0.20 475.00/hr | 95.00 |
| 9/29/2016 | WCB | Prepare Motion for  Order to Show Cause in re Contempt | 0.80 475.00/hr | 380.00 |
| | WCB | Prepare declaration of Sandra McBeth | 0.50 475.00/hr | 237.50 |
| 10/3/2016 | WCB | Prepare Motion for Order to Show Cause | 1.50 475.00/hr | 712.50 |
| 10/5/2016 | WCB | Revise Motion for OSC (.2); telephone conference with Sandra McBeth re same (.1) | 0.30 475.00/hr | 142.50 |
| | WCB | Prepare Order to show cause and Notice of Lodgment (.4); revise Motion (.1) | 0.50 475.00/hr | 237.50 |
| 10/13/2016 | WCB | Prepare Amended Order to Show Cause and Notice of Lodgment | 0.40 475.00/hr | 190.00 |
| 10/19/2016 | WCB | E-mail to Zaehringer re contempt motion | 0.20 475.00/hr | 95.00 |
| 10/24/2016 | WCB | E-mail exchange with Sandra McBeth and Martin Zaehringer re coin count | 0.30 475.00/hr | 142.50 |
| 10/25/2016 | WCB | Telephone conference with Darrow Fiedler re coin count | 0.30 475.00/hr | 142.50 |
| | WCB | Telephone conference with Sandra McBeth re contempt hearing | 0.20 475.00/hr | 95.00 |
| | WCB | E-mail exchange with Zaehringer re coin count | 0.30 475.00/hr | 142.50 |
| | WCB | Telephone conference with Sandra McBeth (.2); e-mail to Martin Zaehringer (.3) | 0.50 475.00/hr | 237.50 |
| 10/26/2016 | WCB | E-mail to Martin Zaehringer | 0.20 475.00/hr | 95.00 |
| 10/31/2016 | WCB | Review and analyze response to OSC | 0.30 475.00/hr | 142.50 |
| | WCB | Telephone conference with Sandra McBeth re contempt Order (.1); telephone conference with Sandra McBeth and Martin Zaehringer re contempt hearing (.2) | 0.30 475.00/hr | 142.50 |

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2016 | WCB | Court appearance regarding contempt (1.6); telephone conference with Sandra McBeth re same (.2) | 1.80 475.00/hr | 855.00 |
| | WCB | Prepare Interim Order re OSC; e-mail to Sandra McBeth and Martin Zaehringer re same | 0.50 475.00/hr | 237.50 |
| | WCB | E-mail to Sandra McBeth and Darrow Fidler re Avi Harper | 0.10 475.00/hr | 47.50 |
| 11/14/2016 | WCB | Telephone conference with Sandra McBeth (.2); Telephone conference with Martin Zaehringer (.2); telephone conference with Sandra McBeth (.2) all re empty change machine | 0.60 475.00/hr | 285.00 |
| 11/28/2016 | WCB | Telephone conference with Sandra McBeth re laundrmoat sale | 0.20 475.00/hr | 95.00 |
| 12/12/2016 | WCB | Telephone conference with Sandra McBeth re sale motion | 0.20 475.00/hr | 95.00 |
| | WCB | E-mail to Tessa Nordquist re sale escrow | 0.10 475.00/hr | 47.50 |
| 12/13/2016 | WCB | Prepare Motion to sell laundromat | 1.00 475.00/hr | 475.00 |
| 12/14/2016 | WCB | Prepare Notices of Sale (2 notices) | 0.70 475.00/hr | 332.50 |
| | WCB | Telephone conference with Sandra McBeth re sale issues | 0.20 475.00/hr | 95.00 |
| | WCB | Prepare Motion to sell property | 1.20 475.00/hr | 570.00 |
| 12/15/2016 | WCB | Revise Motion and prepare for service of motion and notice | 1.20 475.00/hr | 570.00 |
| 12/16/2016 | WCB | Finalize Motion to sell (.5); e-mail exchange re filing of motion (Fiedler, Green, Zaehringer, Trustee) (.4) | 0.90 475.00/hr | 427.50 |
| 12/20/2016 | WCB | E-mail to Sandra McBeth and Darrow Fidler re sale (.2); telephone conference with Darrow Fiedler re same (.3) | 0.50 475.00/hr | 237.50 |
| 12/22/2016 | WCB | Telephone conference with Zaid Shah re sale (.2); e-mail to Shah re same (.2) | 0.40 475.00/hr | 190.00 |
| 12/28/2016 | WCB | Telephone conference with Martin Zaehringer re auction | 0.20 475.00/hr | 95.00 |
| 12/29/2016 | WCB | Telephone conference with Sandra McBeth re Sudz sale | 0.40 475.00/hr | 190.00 |

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/29/2016 | WCB | E-mail to Michael Rhodes re laundromat sale | 0.20 475.00/hr | 95.00 |
| | WCB | Telephone conference with Michael Rhodes re auction | 0.30 475.00/hr | 142.50 |
| 12/30/2016 | WCB | Prepare Notice re commissions | 0.40 475.00/hr | 190.00 |
| | WCB | Prepare draft of Order on Motion to sell | 0.50 475.00/hr | 237.50 |
| 1/2/2017 | WCB | Review and analyze Order to sell | 0.80 475.00/hr | 380.00 |
| 1/3/2017 | WCB | Telephone conference with David Lee re auction | 0.30 475.00/hr | 142.50 |
| | WCB | Telephone conference with Sandra McBeth re auction | 0.30 475.00/hr | 142.50 |
| 1/5/2017 | WCB | Telephone conference with Sandra McBeth re auction | 0.30 475.00/hr | 142.50 |
| 1/6/2017 | WCB | E-mail exchange re upcoming auction | 0.30 475.00/hr | 142.50 |
| 1/9/2017 | WCB | Telephone conference with Sandra McBeth re auction | 0.20 475.00/hr | 95.00 |
| 1/10/2017 | WCB | Court appearance regarding Motion to sell property | 1.30 475.00/hr | 617.50 |
| 1/11/2017 | WCB | Prepare Order re sale and e-mail to Trustee re same | 0.40 475.00/hr | 190.00 |
| 1/12/2017 | WCB | Finalize Order and prepare Notice of Lodgment | 0.50 475.00/hr | 237.50 |
| 1/17/2017 | WCB | E-mail exchange re escrow (.3); letter to Tessa Nordquist (.2) | 0.50 475.00/hr | 237.50 |
| 1/18/2017 | WCB | E-mail exchange (.3); review and analyze escrow instructions (.3); revise bill of sale (.3) | 0.90 475.00/hr | 427.50 |
| 1/19/2017 | WCB | E-mail exchange re escrow closing | 0.40 475.00/hr | 190.00 |
| | WCB | E-mail exchange re closing statement and escrow instructions | 0.40 475.00/hr | 190.00 |

Sandra McBeth, trustee                                                                    Page    11

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2017 | WCB | Review and analyze revised bill of sale; telephone conference with Sandra McBeth | 0.40<br>475.00/hr | 190.00 |
| 1/25/2017 | WCB | Telephone conference with Sandra McBeth re close of escrow | 0.20<br>475.00/hr | 95.00 |
| 2/16/2017 | WCB | Letter to Tessa Nordquist | 0.20<br>475.00/hr | 95.00 |
| 2/27/2017 | WCB | Telephone conference with Sandra McBeth e contempt claims | 0.20<br>475.00/hr | 95.00 |
| 2/28/2017 | WCB | Prepare stipulation re division of proceeds and e-mail to Martin Zaehringer re same | 0.70<br>475.00/hr | 332.50 |
| | WCB | Review and analyze claims; e-mail to Sandra McBeth re same | 0.80<br>475.00/hr | 380.00 |
| 3/2/2017 | WCB | Letter to Perlman re Alliance Laundry claim | 0.30<br>475.00/hr | 142.50 |
| 3/7/2017 | WCB | Telephone conference with Martin Zaehringer re possible settlement | 0.20<br>475.00/hr | 95.00 |
| 3/8/2017 | WCB | Telephone conference with Sandra McBeth re case status | 0.20<br>475.00/hr | 95.00 |
| | WCB | E-mail to Martin Zaehringer; e-mail from Sandra McBeth re settlement | 0.30<br>475.00/hr | 142.50 |
| 3/13/2017 | WCB | Letter from Perlman re Alliance claim (.1); e-mail to Green re same (,3) | 0.40<br>475.00/hr | 190.00 |
| | WCB | E-mail to Kenneth Harper re claims | 0.20<br>475.00/hr | 95.00 |
| 3/14/2017 | WCB | Prepare Objections to Claims | 1.70<br>475.00/hr | 807.50 |
| 3/15/2017 | WCB | E-mail to Sandra McBeth re claim objections | 0.20<br>475.00/hr | 95.00 |
| 3/16/2017 | WCB | Revise claim objections and e-mail exchange re same | 0.70<br>475.00/hr | 332.50 |
| 3/20/2017 | WCB | Prepare Order approving stipulation and notice of lodgment | 0.50<br>475.00/hr | 237.50 |
| 3/23/2017 | WCB | Finalize claim objections, research appropriate service; assemble documents | 1.40<br>475.00/hr | 665.00 |

Sandra McBeth, trustee

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2017 | WCB | Telephone conference with Maria Leticia Murphy re claim objection | 0.20 475.00/hr | 95.00 |
| | WCB | Telephone conference with Suzie at Robinson's & Associates | 0.20 475.00/hr | 95.00 |
| 4/7/2017 | WCB | Analyze claims and balance; e-mail to Maria Leticia Murphy re same | 0.50 475.00/hr | 237.50 |
| 4/10/2017 | WCB | Telephone conference with Kaedra Alexander re American Infosource claims | 0.30 475.00/hr | 142.50 |
| 4/11/2017 | WCB | Telephone conference with Robinson & Associates re claim | 0.20 475.00/hr | 95.00 |
| 4/18/2017 | WCB | Review and analyze declaration re FATCO claim; e-mail to Sandra McBeth re same | 0.40 475.00/hr | 190.00 |
| | WCB | Telephone conference with Sandra McBeth re FATCO claim | 0.20 475.00/hr | 95.00 |
| | WCB | Prepare Withdrawal of Objection to Claim #3 and telephone conference with Georgeann Alex re same | 0.50 475.00/hr | 237.50 |
| 4/28/2017 | WCB | Review and analyze amended claims 4 and 5 (.3); review and analyze schedules (.3); e-mail exchange with Sandra McBeth re same (.2) | 0.80 475.00/hr | 380.00 |
| | WCB | Telephone conference with Judge's clerk re amended claims | 0.20 475.00/hr | 95.00 |
| | WCB | Prepare Objections to Amended Claims 4 and 5 | 0.50 475.00/hr | 237.50 |
| | WCB | Prepare declaration of William C. Beall; Order re Claim #7; and Notice of Lodgment | 0.60 475.00/hr | 285.00 |
| | WCB | E-mail exchange re claims 4 and 5 | 0.30 475.00/hr | 142.50 |
| 5/1/2017 | WCB | E-mail exchange re claim objections | 0.10 475.00/hr | 47.50 |
| 5/2/2017 | WCB | E-mail to Sandra McBeth re claims | 0.10 475.00/hr | 47.50 |
| 5/18/2017 | WCB | Prepare Fee Application | 1.50 475.00/hr | 712.50 |
| | WCB | Prepare letter to Trustee re fee application | 0.20 475.00/hr | 95.00 |

Sandra McBeth, trustee

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2017 | WCB | Prepare additional documents regarding closing, talk to creditors re closing; attend hearing, time and dates estimated | 2.00 475.00/hr | 950.00 |
| | | SUBTOTAL: | [ 95.50 | 42,262.50] |

Motion to compel

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/2015 | CH | Telephone conference with MZ re discovery | 0.50 250.00/hr | 125.00 |
| 10/15/2015 | CH | E-mail exchange MZ re follow-up to telephone conference on 10-13-2015 | 0.20 250.00/hr | 50.00 |
| 10/16/2015 | CH | Telephone conference with MZ; and E-mail exchange MZ and McBeth re discovery timeline | 0.70 250.00/hr | 175.00 |
| 11/2/2015 | WB | Telephone conference with Zaehringer(.3); telephone conference with Sandra McBeth (.2) re document production | 0.50 425.00/hr | 212.50 |
| 11/10/2015 | WB | Telephone conference with Sandra McBeth re discovery | 0.20 425.00/hr | 85.00 |
| 11/12/2015 | WB | E-mail exchange re production | 0.20 425.00/hr | 85.00 |
| 11/13/2015 | WB | Prepare stipulation re discovery sanctions; e-mail to Martin Zaehringer re same | 1.00 425.00/hr | 425.00 |
| 11/18/2015 | CH | Follow-up email re stipulation on motion to compel | 0.10 250.00/hr | 25.00 |
| 11/25/2015 | WB | Telephone conference with Martin Zaehringer | 0.20 425.00/hr | 85.00 |
| 11/27/2015 | WB | Prepare Motion to Compel | 1.00 425.00/hr | 425.00 |
| 12/4/2015 | WB | Complete Motion to Compel Responses, etc., prepare Notice of Motion | 1.20 425.00/hr | 510.00 |
| 1/7/2016 | WCB | Court appearance regarding appearance re motion to compel | 1.70 475.00/hr | 807.50 |
| | WCB | Prepare Order on Motion to Compel | 0.40 475.00/hr | 190.00 |
| 1/8/2016 | WCB | Prepare Order on Motion to Compel; Calendar dates; Prepare notice of Lodgment | 0.80 475.00/hr | 380.00 |

Sandra McBeth, trustee

| | Hrs/Rate | Amount |
|---|---|---|
| 1/12/2016  WCB   Prepare Declaration of William C. Beall | 0.50 475.00/hr | 237.50 |
| 1/14/2016  WCB   Prepare billing and declaration of WCB | 0.70 475.00/hr | 332.50 |
| SUBTOTAL: | [      9.90 | 4,150.00] |
| **For professional services rendered** | **105.40** | **$46,412.50** |

Additional Charges :

| | | |
|---|---|---|
| 9/30/2012 Photocopies | | 9.25 |
| 10/31/2012 PACER charges | | 6.30 |
| 1/31/2013 Photocopies | | 7.25 |
| Postage | | 1.76 |
| Lexis charges | | 243.70 |
| 5/1/2015 Photocopies | | 21.75 |
| Postage | | 2.70 |
| 12/1/2016 Photocopies | | 176.50 |
| Postage | | 42.24 |
| 12/16/2016 Filing Fee | | 181.00 |
| 1/12/2017 Certified Copy | | 12.50 |
| 3/1/2017 Photocopies | | 53.75 |
| Postage | | 10.78 |
| 4/1/2017 Photocopies | | 7.50 |
| Postage | | 1.79 |
| SUBTOTAL: | | [    778.77] |

Motion to compel

| | | |
|---|---|---|
| 12/1/2015 Photocopies | | 10.00 |

Sandra McBeth, trustee

Page    15

Amount

SUBTOTAL:                                                      [      10.00]

**Total costs**                                                  **$788.77**

**Total amount of this bill**                          **$47,201.27**

Balance due                                              $47,201.27

BEALL & BURKHARDT,
APC
*Attorneys At Law*
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA 93101

WILLIAM C. BEALL
ERIC W. BURKHARDT
CARISSA N. HOROWITZ

AREA CODE 805
TELEPHONE 966-6774
FACSIMILE 963-5988

May 18, 2017

Sandra McBeth
Via E-mail

Dear Ms. McBeth,

Enclosed please find a copy of our billings in the case of Kenneth Harper.  I intend to make
an application to the court to have these billings approved.  If you approve of the billings,
please sign a copy of this letter and return it to me as soon as possible so that I may file the
fee application.

Very truly yours,

William C. Beall

WCB:ac
Enclosure

APPROVED.

Dated: May 18, 2017

Sandra McBeth

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**APPLICATION FOR FINAL COMPENSATION TO BEALL & BURKHARDT, APC ATTORNEYS FOR TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/19/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Emmanuel F Fobi**    efobi@aol.com
- **Lindsey B Green**    reception@gummandgreen.com,
  anita@gummandgreen.com;lindsey@gummandgreen.com;rick@gummandgreen.com
- **Carissa N Horowitz**    carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com
- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com
- **Dana M Perlman**    dperlman@perlmanlaw.com, melissa@perlmanlaw.com
- **Avi Schild**    bk@atlasacq.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Martin G Zaehringer**    cincpac@copper.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_ 5/19/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Peter Carroll by hand delivery

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/19/2017 | William C. Beall | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.