1   M. Kathleen Klein
    Certified Public Accountant
2   6061 North Fresno Street, Suite 106
    Fresno, California 93710-5265
3   Telephone (559) 261-4080

4   Accountant for Sandra K. McBeth,
    Chapter 7 Trustee

5

**FILED**

**JUN 15 2017**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:
                    Deputy Clerk

6

7

8                    IN THE UNITED STATES BANKRUPTCY COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10                            NORTHERN DIVISION

11   In the matter of                         Case No. 9:11-bk-11328-PC

12   KENNETH A. HARPER,                        Chapter 7

13

                        Debtor.

14

15        **APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES
                    AND SUPPORTING DECLARATION**

16

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1

## SUMMARY

2

| | |
|---|---|
| Name of Applicant: | M. Kathleen Klein, Certified Public Accountant (a sole proprietorship) |
| Nature of Services for Which Compensation is Requested: | Preparation of federal and state income tax returns and tax clearance requests for the bankruptcy estate. |
| Date of Filing of Petition Under Chapter 7 of the Bankruptcy Code: | March 22, 2011 |
| Date Application for Employment Filed: | February 19, 2014 |
| Date of Entry of Order Approving Applicant's Employment: | March 17, 2014 |
| Period for Which Compensation and Reimbursement of Expenses is Requested: | February 14, 2014 through June 6, 2017 |
| Amount of Compensation Requested as Actual, Reasonable and Necessary During Application Period: | $1,215.00 |
| Amount of Expenses Requested as Actual, Reasonable and Necessary During Application Period: | $58.08 |
| Total Amount of Compensation and Expenses Requested to be Allowed in This Application: | $1,273.08 |
| Retainer Amount on Date of Petition: | $0.00 |
| Retainer Amount on Date of This Application | $0.00 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   1.   Terms and Conditions of Employment:

21        Services will be billed at the hourly rates then in existence for the billing professional.

22   2.   Source of Compensation:

23        __X__   Estate of Debtor
         _____   Third Party:

24

25   3.   Summary of fees previously allowed and paid or scheduled for hearing:

26

| DATE OF HEARING | FEES ALLOWED/REQUESTED | COSTS ALLOWED/REQUESTED | PAYMENT DATE |
|---|---|---|---|
| | N/A | N/A | |

27

28   4.   This application is not within 120 days of the date of the entry of the order of relief or filing date of last fee application unless permitted by Order of Court.

**PROJECT FEE SUMMARY:**

| Project | Total Fees Charged |
|---|---|
| Accounting/Auditing | $ n/a |
| Asset Disposition | n/a |
| Business Analysis | n/a |
| Business Operations | n/a |
| Case Administration | n/a |
| Claims Administration and Objections | n/a |
| Corporation Finance | n/a |
| Data Analysis | n/a |
| Employee Benefits/Pensions | n/a |
| Fee/Employment Applications | 221.00 |
| Litigation Consulting | n/a |
| Meetings of Creditors | n/a |
| Plan and Disclosure Statement | n/a |
| Reconstruction Accounting | n/a |
| Tax Issues | 994.00 |
| Valuation | n/a |
| **Total Fees Requested This Application** | 1,215.00 |

**EXPENSE SUMMARY:**

| Type of Expense | Amount |
|---|---|
| PACER Costs | n/a |
| Mileage Costs | n/a |
| Photocopy Costs | 50.50 |
| Postage Costs | 7.58 |
| Tax Return Processing Costs – Lacerte Corporation | n/a |
| **Total Expenses Requested This Application** | 58.08 |
| **Total Fees and Expenses Requested This Application** | **$1,273.08** |

Total hours billed: 11.30            Average hourly rate: $107.53

**SUMMARY OF EXHIBITS:**

Exhibit A: Itemized Time and Expense Summary

    Applicant hereby certifies that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

DATED: June 8, 2017                    M. Kathleen Klein
                                       Certified Public Accountant


                                       M. Kathleen Klein, CPA

1

**DECLARATION IN SUPPORT OF APPLICATION FOR
PAYMENT OF FEES AND/OR EXPENSES**

2

I, M. Kathleen Klein, hereby declare and represent as follows:

3

1.   My name is M. Kathleen Klein.  I am a certified public accountant and maintain an office at

4

6061 North Fresno Street, Suite 106, Fresno, California 93710-5265

5

2.   I am the Chapter 7 Trustee's accountant of record in the case of Kenneth A. Harper.

6

3.   I executed the Application for Payment of Fees and/or Expenses that will be filed with this

7

Court.

8

I hereby declare under penalty of perjury that the information contained in the above Application

9

and all attached supporting documentation is true and correct and accurately reflects services rendered

10

and expenses incurred.

11

I am over the age of eighteen and if I were called as a witness in connection with these proceedings I

12

would and could testify as per set out herein.

13

I so declare and represent this June 8, 2017, at Fresno, California.

14

15

M. Kathleen Klein
Certified Public Accountant

16

17

M. Kathleen Klein, CPA

18

19

20

21

22

23

24

25

26

27

28

1

# M. Kathleen Klein, CPA
Certified Public Accountant

June 06, 2017

Reference No. M79

Sandra K. McBeth
Chapter 7 Trustee
2236 S. Broadway, Suite J
Santa Maria CA 93454

Re: Kenneth A. Harper
    Bankruptcy Case No. 9:11-bk-11328-RR

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Fee/Employment Applications** |  |  |  |
| 2/14/2014 JW | Set up new case;  preparation of Application, Declaration, Order, and Proof of Service to Employ CPA. | 0.60<br>50.00/hr | 30.00 |
| 2/15/2014 MKK | Review case for conflicts, review employment application and sign as required. | 0.30<br>175.00/hr | 52.50 |
| 6/6/2017 JW | Draft fee application and declaration. | 0.30<br>50.00/hr | 15.00 |
| MKK | Review and edit time summary narrative and fee application to add narrative description of work performed. | 0.20<br>195.00/hr | 39.00 |
| JW | Finalize changes to draft of fee application, supporting declaration, and time summary for processing with court. | 1.30<br>50.00/hr | 65.00 |
| MKK | Review and sign final copy of fee application, supporting declaration, and time summary. | 0.10<br>195.00/hr | 19.50 |
| SUBTOTAL: |  | [        2.80 | 221.00] |

# EXHIBIT A

# M. Kathleen Klein, CPA

Certified Public Accountant

Sandra K. McBeth                                                                                  Page        2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Tax Issues** | | | |
| 2/19/2014 MKK | Begin preparation of the 2013 federal and California fiduciary income tax returns. | 0.20 175.00/hr | 35.00 |
| 7/9/2014 MKK | Continue preparation of the 2013 federal and California fiduciary income tax returns. | 0.20 175.00/hr | 35.00 |
| 7/17/2014 MWJ | Continue preparation of the 2013 federal and California fiduciary income tax returns. | 0.60 60.00/hr | 36.00 |
| 7/22/2014 MKK | Continue preparation of the 2013 federal and California fiduciary income tax returns. | 1.10 175.00/hr | 192.50 |
| 7/23/2014 MKK | Final preparation of the 2013 federal and California fiduciary income tax returns. | 0.20 175.00/hr | 35.00 |
| 2/12/2015 MKK | Begin preparation of the 2014 federal and California fiduciary income tax returns. | 0.30 175.00/hr | 52.50 |
| 2/23/2015 MWJ | Continue preparation of the 2014 federal and California fiduciary income tax returns. | 1.20 60.00/hr | 72.00 |
| 2/24/2015 MWJ | Continue preparation of the 2014 federal and California fiduciary income tax returns. | 0.60 60.00/hr | 36.00 |
| 4/15/2015 MKK | Prepare Form 7004 Application for Automatic 6-Month Extension of Time to File Income Tax Return for 2014. | 0.20 175.00/hr | 35.00 |
| 7/28/2015 MWJ | Continue preparation of the 2014 federal and California fiduciary income tax returns. | 0.10 60.00/hr | 6.00 |
| 1/25/2016 MKK | Review current Form2 to determine if there are any filing requirements for 2015. | 0.30 175.00/hr | 52.50 |
| 3/8/2017 MKK | Telephone call with Trustee regarding status of case and 2016 activity. | 0.10 195.00/hr | 19.50 |

## EXHIBIT A

6061 North Fresno Street, Suite 106  Fresno, California 93710-5265  Telephone (559) 261-4080  Facsimile (559) 261-4082  E-mail kathy@kleincpa.com

# M. Kathleen Klein, CPA
Certified Public Accountant

Sandra K. McBeth                                                                                    Page        3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/18/2017 MWJ | Begin preparation of the 2016 federal and California fiduciary income tax returns. | 0.30 75.00/hr | 22.50 |
| MKK | Prepare Form 7004 Application for Automatic 6-Month Extension of Time to File Income Tax Return for 2016. | 0.20 195.00/hr | 39.00 |
| 5/3/2017 MWJ | Continue preparation of the 2016 federal and California fiduciary income tax returns. | 0.40 75.00/hr | 30.00 |
| 5/4/2017 MWJ | Continue preparation of the 2016 federal and California fiduciary income tax returns. | 1.60 75.00/hr | 120.00 |
| MKK | Final preparation of the 2016 federal and California fiduciary income tax returns. | 0.90 195.00/hr | 175.50 |
| SUBTOTAL: | | [        8.50 | 994.00] |
| **For professional services rendered** | | **11.30** | **$1,215.00** |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| Photocopy Costs | | | |
| 4/18/2017 ADM | Photocopy services - Form 7004 | 2 0.50 | 1.00 |
| 5/4/2017 ADM | Photocopy services - 2016 Tax Return | 99 0.50 | 49.50 |
| SUBTOTAL: | | | [        50.50] |

## EXHIBIT A

6061 North Fresno Street, Suite 106  Fresno, California 93710-5265  Telephone (559) 261-4080  Facsimile (559) 261-4082  E-mail kathy@kleincpa.com

# M. Kathleen Klein, CPA
### Certified Public Accountant

Sandra K. McBeth                                                                                    Page        4

|  | Qty/Price | Amount |
|---|---|---|
| **Postage Costs** | | |
| 4/15/2015 ADM    Postage Charges - Form 7004 | 1 0.48 | 0.48 |
| 5/4/2017 ADM    Postage Charges - 2016 Tax Return | 1 7.10 | 7.10 |
| SUBTOTAL: | | [        7.58] |
| **Total additional charges** | | **$58.08** |
| **Total amount of this bill** | | **$1,273.08** |
| **Balance due** | | **$1,273.08** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jan Whitney | 2.20 | 50.00 | $110.00 |
| M. Kathleen Klein | 1.50 | 195.00 | $292.50 |
| M. Kathleen Klein | 2.80 | 175.00 | $490.00 |
| Michael W. James | 2.30 | 75.00 | $172.50 |
| Michael W. James | 2.50 | 60.00 | $150.00 |

## EXHIBIT A