**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Northern(Santa Barbara) DIVISION**

In re:  HARPER, KENNETH A.                    §    Case No. 9:11-BK-11328
                                              §
                                              §
                                              §
                           Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/22/2011. The undersigned trustee was appointed on 08/08/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $        109,734.00

         Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10,742.49 |
| Bank service fees | 1,557.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 97,434.33 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/08/2013 and the deadline for filing governmental claims was 09/19/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,736.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,736.70, for a total compensation of $8,736.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $468.33 for total expenses of $468.33[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2017                          By: /s/ Sandra K. McBeth
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  9:11-BK-11328

**Case Name:**  HARPER, KENNETH A.

**For Period Ending:**  06/15/2017

**Trustee Name:**  (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**  03/22/2011 (f)

**§ 341(a) Meeting Date:**  09/04/2012

**Claims Bar Date:**  01/08/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America Checking<br>703.140(b)(5) | 450.00 | 0.00 | | 0.00 | FA |
| 2 | CBC Federal Credit Union Savings<br>703.140(b)(5) | 40.00 | 0.00 | | 0.00 | FA |
| 3 | 2002 Cavalier<br>703.140(b)(5) | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Toyota Corolla<br>703.140(b)(2) | 7,500.00 | 4,000.00 | | 0.00 | FA |
| 5 | Interest in Sudz Coin Laundry (u)<br>Reflected in Asset No. 8, for collection of payments on account of equalizing payment due from ex-wife to Debtor. | 0.00 | 0.00 | | 72,234.00 | FA |
| 6 | Misc household goods | 500.00 | 500.00 | | 0.00 | FA |
| 7 | IRA at TD Ameritrade | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 8 | A/R from ex wife arising out of dissolution (u)<br>703.140(b)(5) | 300,000.00 | 280,325.00 | | 22,500.00 | FA |
| 9 | Claims for sanctions and contempt versus Ms. Harper (u) | 0.00 | 0.00 | | 15,000.00 | FA |
| **9** | **Assets      Totals**      (Excluding unknown values) | **$318,990.00** | **$291,825.00** | | **$109,734.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**    9:11-BK-11328

**Case Name:**    HARPER, KENNETH A.

**For Period Ending:**    06/15/2017

**Trustee Name:**    (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**    03/22/2011 (f)

**§ 341(a) Meeting Date:**    09/04/2012

**Claims Bar Date:**    01/08/2013

**Major Activities Affecting Case Closing:**

For period ending 3/31/17 - stipulated judgment allowing for sale of laundromat entered, broker employed along with field agent to monitor laundromat and coin count.  Buyer found, subject to overbid.  Non-debtor former spouse and co-owner matched bid and successfully purchased laundromat.  Escrow closed and former spouse paid an additional $15k to satisfy discovery and contempt orders.  Claims objections filed and final tax returns requested.

For period ending 3/31/16 - Adversary proceeding commenced against former spouse for laundromat and/or right to sell entire business.  Discovery disputes, sanctions ordered, and now motion for summary judgment pending.  Monthly payments of $500 continue, and no tax issues currently.  ETFR extended due to delay with adversary proceeding.

For period ending 3/31/15: Continue to collect monthly payments from co-owner and former spouse on the laundromat.  Regular monthly payments made for the most part.  No offer forthcoming to resolve from the former spouse.  Will need to commence lawsuit to sell or to obtain a judgment for the equalizing payment and enforce.  Other than the laundromat, ex-spouse does not appear to have assets from which to pay.  Seeking commercial broker.   CPA employed to handle all tax return requirements, no tax issues currently.  ETFR extended due to long period of collection of assets.

For period ending 3/31/14:Continue to collect monthly payments from co-owner and former spouse on the laundromat.  Attempts to get offer from co-owner unsuccessful.  Continue to investigate the marketing of the laundromat, need business broker.  CPA employed to handle all tax return requirements, no tax issues currently.

For period ending 3/31/13: Case reopened due to unscheduled asset disclosed by ex-wife in divorce case.  Debtor attempted to exempt, objection settled.  Counsel employed to assist with exemption and sale of laundromat business and/or collection on obligation from ex-wife.  Small monthly payments being made.

For period ending 3/31/13
1.  Debtor failed to disclose receivable from ex-wife, potential value $300k for laundromat equalizing payment.
2.  Case reopened, asset scheduled and attempt to exempt it.
3.  Application to employ Will Beall as counsel filed.

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   9:11-BK-11328

**Case Name:**   HARPER, KENNETH A.

**For Period Ending:**   06/15/2017

**Trustee Name:**   (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**   03/22/2011 (f)

**§ 341(a) Meeting Date:**   09/04/2012

**Claims Bar Date:**   01/08/2013

4.  Objection to exemption filed.

5.  Objection to exemption settled allowing Debtor a $2,000 exemption, not the full wild card.

6.  Due to length of time to sell laundromat or collect on obligation, projected TFR lengthy.

7.  Notified of informal poc from M. Murphy, provided her with POC form.  If POC filed after bar date (1/8/13), do not object as late.

8. Debtor's counsel filed objection to claim of ex-wife, set for hearing 2/28/13.  Hoping to reduce claims to resolve case short of full liquidation.

9. Claims imported and reviewed. Hold claim objection for Debtor's ex-wife to file amended claim 7.

10. Stipulation filed By Trustee and Debtor, Kenneth Harper to Settle Claimed Exemption

For period ending 3/31/14

11. Klein questionnaire to Kathy with supporting docs

12. Application to Employ Kathy as CPA filed.

13.  Per Accountant, no returns required for 2013.

For period ending 3/31/15

14. Continued monthly collection. Likely no return requirement for 2014 either, due to small amount of income.

15.  Per discussion with counsel, action for turnover and 363 sale to be filed forthwith.

For period ending 3/31/16

16.  Adversary commenced so either collect or sell laundromat.

17.  Extension on 2014 tax return. Filed.

18.  Correspondence from Debtor's counsel with initial offer to buy out entire laundromat interest.  No judgment yet on adversary so premature.

19.  Reviewed claims, one objection  (claim 7) necessary once adversary is resolved.  Discussed with counsel.

20.  Adversary proceeding with discovery, dispute and motion to compel.  Motion granted, all continued to February 11.

21.  Discovery motion/sanctions granted.  Sanctions of $4160 ordered paid by Defendant (Anabella Harper).  Will proceed with MSJ as court was not inclined to grant terminating sanctions.

For period ending 3/31/17

22.  Motion for summary judgment filed in adversary, set for hearing 5/12/16.

23. Application to Employ Keller Williams as Real Estate Broker filed.

24.  Offer to purchase laundromat received ($200k)

25. Application to employ Regis Boyle as field agent filed.

26.  Locks changed, Regis Boyle employed as field agent to perform coin count pending close of escrow.

27.  Motion to Sell laundromat free and clear of liens filed

28.  Hearing on motion to sell - bid matched at $210k (due to breakup fee) by Annabella Harper, co-owner.  Backup bid is $200k original buyer.  Approved by order 1/12/17, including $105k purchase price, $15k additional due to sanctions and other costs.  $20k deposit received by Trustee.

29.  $15k turned over by Ms. Harper shall be retained by the estate to satisfy sanctions, damages for contempt, costs, etc.

30. Interim Fee Application for Regis Boyle, field agent filed.

31. Objection to Claims #3, 4, 5, 7 filed.

32. Withdrawal of Objection # 3 filed.

33. Claim #4 & 5 withdrawn by creditor.

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page:  4

Case No.:    9:11-BK-11328

Case Name:    HARPER, KENNETH A.

For Period Ending:    06/15/2017

Trustee Name:    (007780) Sandra K. McBeth

Date Filed (f) or Converted (c):    03/22/2011 (f)

§ 341(a) Meeting Date:    09/04/2012

Claims Bar Date:    01/08/2013

34.  Hearing held 5/2/17 for  objection to Claim #7
35.  Final tax returns signed and mailed.
36.  Request for court costs filed. Notice to Pay Court Costs Due $350.00. Claim created.
37.  Notice to Professionals filed.
38.  Final Fee Application filed by Beall & Burkhardt.  Claim created.
39.  Final Fee Application filed by CPA Klein. Claim created.

7/25/12 - Order entered reopening case
10/10/12: Order Employing Will Beall entered
11/6/12: Reply to Response of Ch 7 Trustee's Objection to Claimed Exemption filed
12/20/12 - Periodic review of case and update.
2/28/13 - Order on Stipulation to Objection to to Settle Claimed Exemption entered
3/20/13 - Periodic review of case and update.
7/22/13 - Periodic review of case and update.
10/18/13 - Periodic review of case and update.
1/13/14 - Periodic review of case and update.
3/17/14-Order employing Kathy Klein, CPA. Entered.
3/17/14 - Periodic review of case and update.
6/2/14 - Periodic review of case and update.
10/6/14 - Periodic review of case and update.
2/6/15 - Periodic review of case and update.
5/15/15 - Complaint filed against former spouse for sum due and authority to sell. Periodic review of case and update. Periodic review of case and
update. Periodic review of case and update.
1/11/16 -Order compelling discovery.  Entered. Periodic review of case and update.
2/12/16 - Order on discovery motion/sanctions awarding estate $4160. Entered. Periodic review of case and update.
3/24/16 - Motion for Summary Judgment filed in adversary case. Periodic review of case and update.
8/4/16 -  Judgment on First and Third Claims for Relief.  Entered. Periodic review of case and update.
9/13/16 - Order entered employing Keller Williams Realty/KW Commercial as real estate broker.
10/14/16 -  OSC issued vs Annabella Harper, Hearing set 11/1.  Periodic review of case and update.
11/28/16 - Order approving employment of Regis Boyle, field agent. Entered.
1/12/17 - Order approving sale of Sudz Laundromat to co-owner, $210,000. Entered.
3/20/17 - Order approving division of proceeds - $15k to be retained by the estate. Periodic review of case and update.
4/28/17 - Order approving objection to claim #7 entered (claim allowed as general unsecured in the amt of $33000.00). Claim updated.
5/8/17 - Final returns mailed.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page:  5

**Case No.:**   9:11-BK-11328

**Case Name:**   HARPER, KENNETH A.

**For Period Ending:**   06/15/2017

6/5/17 - Federal Tax Clearance Letter. Received.

**Trustee Name:**   (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**   03/22/2011 (f)

**§ 341(a) Meeting Date:**   09/04/2012

**Claims Bar Date:**   01/08/2013

**Initial Projected Date Of Final Report (TFR):**          11/01/2015

**Current Projected Date Of Final Report (TFR):**          10/16/2017

06/15/2017

Date

/s/Sandra K. McBeth

Sandra K. McBeth

Exhibit B
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********1666 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/2012 | {8} | Sudz Coin Laundry | Payment on Sudz Coin Laundry | 1229-000 | 500.00 | | 500.00 |
| 12/13/2012 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********8088 20121213 | 9999-000 | | 500.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 500.00 | 500.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 500.00 | |
| **Subtotal** | 500.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $500.00 | $0.00 | |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/2012 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 500.00 | | 500.00 |
| 12/31/2012 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 01/03/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 990.00 |
| 01/22/2013 | 10101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2013 FOR CASE #9:11-BK-11328, Bond Premium No. *****0867 paid per General Order 00-01 | 2300-000 | | 1.21 | 988.79 |
| 01/31/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 1,488.79 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,478.79 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,468.79 |
| 03/06/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 1,968.79 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,958.79 |
| 04/04/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 2,458.79 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,448.79 |
| 05/07/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 2,948.79 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,938.79 |
| 06/10/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 3,438.79 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,428.79 |
| 07/03/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 3,928.79 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,918.79 |
| 08/01/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 4,418.79 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,408.79 |
| 09/05/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 4,908.79 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,898.79 |
| 10/07/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 5,398.79 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,388.79 |

*{ } Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**      *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 5,888.79 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,878.79 |
| 12/06/2013 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 6,378.79 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,368.79 |
| 01/09/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 6,868.79 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,858.79 |
| 02/05/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 7,358.79 |
| 02/05/2014 | 10102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2014 FOR CASE #9:11-BK-11328, Bond Premium No. *****0867 Per General Order 00-01. | 2300-000 | | 8.22 | 7,350.57 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,340.57 |
| 03/06/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 7,840.57 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,829.84 |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 9:11-BK-11328 | | **Trustee Name:** | Sandra K. McBeth (007780) | |
| **Case Name:** | HARPER, KENNETH A. | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2131 | | **Account #:** | ******7266 Checking Account | |
| **For Period Ending:** | 06/15/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 8,329.84 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.53 | 8,317.31 |
| 05/06/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 8,817.31 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.51 | 8,804.80 |
| 06/10/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 9,304.80 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.64 | 9,292.16 |
| 07/10/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 9,792.16 |
| 07/10/2014 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/10/2014 FOR CASE #9:11-BK-11328, Bond Premium #*****0867, paid per General Order 00-01 | 2300-000 | | 0.88 | 9,791.28 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.18 | 9,776.10 |
| 08/13/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 10,276.10 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.95 | 10,262.15 |

{} Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/05/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 10,762.15 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.26 | 10,745.89 |
| 10/14/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 11,245.89 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.35 | 11,229.54 |
| 11/18/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 11,729.54 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.72 | 11,714.82 |
| 12/08/2014 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 12,214.82 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.62 | 12,195.20 |
| 01/06/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 12,695.20 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.09 | 12,677.11 |
| 02/04/2015 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2015 FOR CASE #9:11-BK-11328; Bond Premium #*****0867, paid per General Order 00-01 | 2300-000 | | 27.66 | 12,649.45 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**      *! - transaction has not been cleared*

Exhibit B
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.99 | 12,632.46 |
| 03/05/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 13,132.46 |
| 03/27/2015 | | International Sureties, LTD. | Misc. Refund - received from International Surety re bond premium overage | 2300-000 | | -10.62 | 13,143.08 |
| 03/31/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 13,643.08 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.98 | 13,623.10 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.56 | 13,603.54 |
| 05/19/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 14,103.54 |
| 05/27/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 1,000.00 | | 15,103.54 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 15,084.37 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.14 | 15,061.23 |
| 07/06/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 15,561.23 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.95 | 15,538.28 |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page:  8

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 16,038.28 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.20 | 16,016.08 |
| 09/02/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 16,516.08 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.21 | 16,490.87 |
| 10/01/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 16,990.87 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.39 | 16,966.48 |
| 11/02/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 17,466.48 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.18 | 17,442.30 |
| 12/03/2015 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 17,942.30 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.24 | 17,914.06 |
| 01/04/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 18,414.06 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.41 | 18,388.65 |
| 02/01/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 18,888.65 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

Exhibit B
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 9:11-BK-11328 | | **Trustee Name:** | Sandra K. McBeth (007780) | |
| **Case Name:** | HARPER, KENNETH A. | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2131 | | **Account #:** | ******7266 Checking Account | |
| **For Period Ending:** | 06/15/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.09 | 18,862.56 |
| 03/03/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 19,362.56 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.41 | 19,332.15 |
| 04/04/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 19,832.15 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.37 | 19,804.78 |
| 05/05/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 20,304.78 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.00 | 20,276.78 |
| 06/07/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 20,776.78 |
| 06/30/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 21,276.78 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.54 | 21,244.24 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.43 | 21,214.81 |
| 08/02/2016 | {8} | Sudz Coin Laundry | Equalizing payment from former spouse | 1229-000 | 500.00 | | 21,714.81 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.14 | 21,680.67 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.09 | 21,649.58 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.01 | 21,619.57 |
| 11/03/2016 | 10105 | PWS The Laundry Company | Locking devices for coin machines, paid per Order entered 11/2/16 | 2420-000 | | 2,524.93 | 19,094.64 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.54 | 19,064.10 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.34 | 19,036.76 |
| 01/10/2017 | {5} | Martin Zaehringer | Deposit for purchase of Debtor's interest in laundromat | 1229-000 | 20,000.00 | | 39,036.76 |
| 01/30/2017 | | Better Escrow Service | Net proceeds from sale of Sudz Laundry | | 67,234.00 | | 106,270.76 |
| | {9} | | per stip approved by order entered 3/20/17 to satisfy damages, sanctions $15,000.00 | 1249-000 | | | 106,270.76 |
| | {5} | | purchase of interest in laundromat $52,234.00 | 1229-000 | | | 106,270.76 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.56 | 106,218.20 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/2017 | 10106 | International Sureties LTD | BOND PREMIUM PAYMENT AS OF 02/03/2017, BOND PREMIUM NO. *****0867 PER GENERAL ORDER 00-01 | 2300-000 | | 8.66 | 106,209.54 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.59 | 106,066.95 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 157.64 | 105,909.31 |
| 04/05/2017 | 10107 | International Sureties LTD | Bond Premium Payment as of 4/4/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 10.91 | 105,898.40 |
| 04/11/2017 | 10108 | Regis Boyle | Paraprofessional for Trustee Fees (Other Firm) paid per Order entered 4/11/17 | 3991-400 | | 8,167.50 | 97,730.90 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 139.03 | 97,591.87 |
| 05/02/2017 | 10109 | International Sureties LTD | Bond Premium Payment as of 5/2/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 3.14 | 97,588.73 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 154.40 | 97,434.33 |

*{} Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**        *! - transaction has not been cleared*

Exhibit B
Page:  12

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:11-BK-11328 | |
| **Case Name:** | HARPER, KENNETH A. | |
| **Taxpayer ID #:** | **-***2131 | |
| **For Period Ending:** | 06/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7266 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **109,734.00** | **12,299.67** | **$97,434.33** |
| | | Less: Bank Transfers/CDs | | | 500.00 | 0.00 | |
| | | **Subtotal** | | | **109,234.00** | **12,299.67** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$109,234.00** | **$12,299.67** | |

**Exhibit B**
Page: 13

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:11-BK-11328 | **Trustee Name:** | Sandra K. McBeth (007780) |
| **Case Name:** | HARPER, KENNETH A. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2131 | **Account #:** | ******7266 Checking Account |
| **For Period Ending:** | 06/15/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********1666 Checking Account | $500.00 | $0.00 | $0.00 |
| ******7266 Checking Account | $109,234.00 | $12,299.67 | $97,434.33 |
| | **$109,734.00** | **$12,299.67** | **$97,434.33** |

| | |
|---|---|
| _____06/15/2017_____ | /s/Sandra K. McBeth |
| **Date** | **Sandra K. McBeth** |

**UST Form 101-7-TFR (5/1/2011)**

9:11-bk-11328-PC Kenneth A Harper

| | |
|---|---|
| **Judge:** Peter Carroll | **Chapter:** 7 |
| **Office:** Santa Barbara | **Last Date to file claims:** 01/08/2013 |
| **Trustee:** Sandra McBeth (TR) | **Last Date to file (Govt):** 09/19/2011 |

---

**Creditor:** (32776354)
Alliance Laundry Systems LLC
c/o Dana M. Perlman, Esq.
9454 Wilshire Boulevard, Suite 500
Beverly Hills, CA 90212
dperlman@perlmanlaw.com
svogt@perlmanlaw.com

**Claim No: 1**
*Original Filed Date:* 10/16/2012
*Original Entered Date:* 10/16/2012

*Status:*
*Filed by:* CR
*Entered by:* Dana M Perlman
*Modified:*

Amount claimed: $21976.04   ok

**History:**

| Details | | 1-1 | 10/16/2012 | Claim #1 filed by Alliance Laundry Systems LLC, Amount claimed: $21976.04 (Perlman, Dana) |
|---|---|---|---|---|

*Description:* (1-1) See Attachments

*Remarks:*

---

**Creditor:** (32823564)
ALLIANCE LAUNDRY SYSTEMS LLC
POB 990
RIPON , WI 54971

**Claim No: 2**
*Original Filed Date:* 10/22/2012
*Original Entered Date:* 10/22/2012

*Status:* Withdraw 69
*Filed by:* CR
*Entered by:* Michael Canseco
*Modified:*

Amount claimed: $18288.68   Claim withdrawn

**History:**

| Details | | 2-1 | 10/22/2012 | Claim #2 filed by ALLIANCE LAUNDRY SYSTEMS LLC, Amount claimed: $18288.68 (Canseco, Michael ) |
|---|---|---|---|---|
| | | 69 | 07/30/2013 | Withdrawal of Claim(s): 2 Filed by Interested Party C/o Dana M. Perlman Alliance Laundry Systems LLC. (Perlman, Dana) Status: Withdraw |

*Description:*

*Remarks:*

---

**Creditor:** (28895742)
Robinson & Associates
1612 Beverly Blvd
Los Angeles, CA 90026

**Claim No: 3**
*Original Filed Date:* 10/22/2012
*Original Entered Date:* 10/22/2012

*Status:*
*Filed by:* CR
*Entered by:* Michael Canseco
*Modified:*

Amount claimed: $14718.92   ok (objection withdrawn)

**History:**

| Details | | 3-1 | 10/22/2012 | Claim #3 filed by Robinson & Associates, Amount claimed: $14718.92 (Canseco, Michael ) |
|---|---|---|---|---|
| | | 112 | 03/23/2017 | Objection to Claim #3 by Claimant Robinson & Associates in the amount of $ 14718.92 Filed by Trustee Sandra McBeth (TR). (Beall, William) |

*Description:*

*Remarks:*

---

**Creditor:** (32978846)
Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

**Claim No: 4**
*Original Filed Date:* 11/12/2012
*Original Entered Date:* 11/12/2012
*Last Amendment Filed:* 04/28/2017
*Last Amendment Entered:* 04/28/2017

*Status:* Withdraw 126
*Filed by:* CR
*Entered by:* Ashley Boswell
*Modified:*

Amount claimed: $12605.30   claim withdrawn

**History:**

| Details | | 4-1 | 11/12/2012 | Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $12605.30 (Walls, Lovetta ) |
|---|---|---|---|---|
| | | 109 | 03/23/2017 | Objection to Claim #4 by Claimant Capital One Bank, NA in the amount of $ 12605.30 Filed by Trustee Sandra McBeth (TR). (Beall, William) |
| Details | | 4-2 | 04/28/2017 | Amended Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $12605.30 (Boswell, Ashley ) |
| | | 126 | 05/02/2017 | Withdrawal of Claim(s): 4 Filed by Creditor Capital One Bank (USA), N.A. by American InfoSource LP as agent. (Hogan, Blake) Status: Withdraw |

*Description:*

*Remarks:*

---

**Creditor:** (32978846)
Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

**Claim No: 5**
*Original Filed Date:* 11/12/2012
*Original Entered Date:* 11/12/2012
*Last Amendment Filed:* 04/28/2017
*Last Amendment Entered:* 04/28/2017

*Status:* Withdraw 127
*Filed by:* CR
*Entered by:* Ashley Boswell
*Modified:*

| Amount | claimed: | $2671.57 | | | claim withdrawn |
|---|---|---|---|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | 5-1 | 11/12/2012 | Claim #5 filed by Capital One Bank, NA, Amount claimed: $2671.57 (Walls, Lovetta ) |
| | 110 | 03/23/2017 | Objection to Claim #5 by Claimant Capital One Bank, NA in the amount of $ 2671.57 Filed by Trustee Sandra McBeth (TR). (Beall, William) |
| Details | 5-2 | 04/28/2017 | Amended Claim #5 filed by Capital One Bank (USA), N.A., Amount claimed: $2671.57 (Boswell, Ashley ) |
| | 127 | 05/02/2017 | Withdrawal of Claim(s): 5 Filed by Creditor Capital One Bank (USA), N.A. by American InfoSource LP as agent. (Hogan, Blake) Status: Withdraw |

Description:

Remarks:

---

| Creditor: | (28895731) | | Claim No: 6 | | Status: | |
|---|---|---|---|---|---|---|
| Asset Acceptance | | | Original Filed Date: 11/20/2012 | | Filed by: CR | |
| PO Box 2036 | | | Original Entered Date: 11/20/2012 | | Entered by: Robert W Bishop | |
| Warren, MI 48090 | | | | | Modified: | |

| Amount | claimed: | $18636.75 | | | ok |
|---|---|---|---|---|---|

| History: | | | | |
|---|---|---|---|---|
| Details | 6-1 | 11/20/2012 | Claim #6 filed by Asset Acceptance, Amount claimed: $18636.75 (Bishop, Robert ) |

Description: (6-1) 41918166

Remarks:

---

| Creditor: | (33293382) | | Claim No: 7 | | Status: | |
|---|---|---|---|---|---|---|
| Maria Leticia Murphy | | | Original Filed Date: 01/22/2013 | | Filed by: CR | |
| 2647 Gemstone Ave | | | Original Entered Date: 01/22/2013 | | Entered by: Jim McNabb | |
| Palmdale, CA 93551 | | | | | Modified: | |

| Amount | claimed: | $42069.21 | | | per Order entered 4/28/17 - allowed as general unsecured claim in the amount of $33,000.00 |
|---|---|---|---|---|---|
| Secured | claimed: | $42000.00 | | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 7-1 | 01/22/2013 | Claim #7 filed by Maria Leticia Murphy, Amount claimed: $42069.21 (McNabb, Jim ) |
| | 56 | 01/25/2013 | Motion RE: Objection to Claim Number 7 by Claimant Maria Leticia Murphy. *WITH PROOF OF SERVICE ATTACHED* Filed by Debtor Kenneth A Harper (Green, Lindsey) |
| | 111 | 03/23/2017 | Objection to Claim #7 by Claimant Maria Murphy in the amount of $ 42069.71 Filed by Trustee Sandra McBeth (TR). (Beall, William) |

Description:

Remarks:

---

## Claims Register Summary

**Case Name:** Kenneth A Harper
**Case Number:** 9:11-bk-11328-PC
**Chapter:** 7
**Date Filed:** 03/22/2011
**Total Number Of Claims:** 7

| Total Amount Claimed* | $130966.47 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $42000.00 | |
| Priority | | |
| Administrative | | |

---

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/13/2017 09:28:11 | | |
| PACER Login: | sm3356:2988441:0 | Client Code: | |
| Description: | Claims Register | Search | 9:11-bk-11328-PC Filed or Entered From: 1/1/1900 Filed |

| | | | Criteria: | or Entered To: 6/13/2017 |

Billable
Pages:

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9:11-BK-11328
Case Name: KENNETH A. HARPER
Trustee Name: Sandra K. McBeth

**Balance on hand:**    $                97,434.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| | | None | | | |

Total to be paid to secured creditors:    $                0.00
Remaining balance:    $                97,434.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Sandra K. McBeth | 8,736.70 | 0.00 | 8,736.70 |
| Trustee, Expenses - Sandra K. McBeth | 468.33 | 0.00 | 468.33 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee Fees (Other Firm) - Beall & Burkhardt APC | 46,412.50 | 0.00 | 46,412.50 |
| Attorney for Trustee Expenses (Other Firm)  - Beall & Burkhardt APC | 788.77 | 0.00 | 788.77 |
| Accountant for Trustee Fees (Other Firm) - M. Kathleen Klein, CPA | 1,215.00 | 0.00 | 1,215.00 |
| Accountant for Trustee Expenses (Other Firm) - M. Kathleen Klein, CPA | 58.08 | 0.00 | 58.08 |

Total to be paid for chapter 7 administrative expenses:    $                58,029.38
Remaining balance:    $                39,404.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|------------------|-----------------|------------------|------------------|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $                0.00
Remaining balance:    $                39,404.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 39,404.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $88,331.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Alliance Laundry Systems LLC c/o Dana M. Perlman, Esq. | 21,976.04 | 0.00 | 9,803.55 |
| 2-1 | ALLIANCE LAUNDRY SYSTEMS LLC | 0.00 | 0.00 | 0.00 |
| 3-2 | Robinson & Associates | 14,718.92 | 0.00 | 6,566.14 |
| 4-3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 5-3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 6-1 | Asset Acceptance | 18,636.75 | 0.00 | 8,313.89 |
| 7 | Maria Leticia Murphy | 33,000.00 | 0.00 | 14,721.37 |

Total to be paid for timely general unsecured claims: $ 39,404.95

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR(5/1/2011)**